United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE VANCE E. JOHNSON,

Petitioner.

Case No. 21-00052 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: __April 28, 2021_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.21\000052Johnson_judgment